# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

**LARRY MAURICE SANDERS**                                                           **PLAINTIFF**

**V.**                                                          **NO. 3:20-CV-207-DMB-RP**

**ANDREW SAUL,**
**Commissioner of Social Security**                                       **DEFENDANT**

## ORDER

On May 28, 2021, United States Magistrate Judge Roy Percy issued a Report and Recommendation ("R&R") in this appeal by Larry Maurice Sanders from an unfavorable decision of the Commissioner of Social Security. Doc. #27. The R&R recommends that the decision be reversed and remanded for a rehearing under the fourth sentence of 42 U.S.C. § 405(g). *Id.* at 6. No objections to the R&R were filed.

"With respect to those portions of the report and recommendation to which no objections were raised, the Court need only satisfy itself that there is no plain error on the face of the record." *Gauthier v. Union Pac. R.R. Co.*, 644 F. Supp. 2d 824, 828 (E.D. Tex. 2009) (citing *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996)). The Court has reviewed the R&R and finds no plain error on the face of the record. Accordingly, the R&R [27] is **ADOPTED** as the order of the Court. The Commissioner's decision is **REVERSED** and this case is **REMANDED**.

**SO ORDERED**, this 9th day of July, 2021.

                                                                             /s/Debra M. Brown
                                                                             **UNITED STATES DISTRICT JUDGE**